Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB - 6 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

Raymondo Leonlove Williams Jr #106052
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Case No. 5:23cv5-DCB-LGI
*(to be filled in by the Clerk's Office)*

Management And Training Corporation, at, ect.
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Raymondo Leonlove Williams Jr. #106052
All other names by which you have been known: Ramondo Leon Williams Jr.
ID Number: #106052
Current Institution: Wilkinson County Correctional Facility/M.T.C.
Address: 2999 US HWY 61 N. P.O. Box 1889
Woodville, MS 39669

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: M.T.C./Jenkins
Job or Title (if known): Captain
Shield Number:
Employer: Warden Darrell Vonnoy
Address: 2999 U.S. Hwy. 61 N. P.O. Box 1889
Woodville, MS 39669
[X] Individual capacity  [X] Official capacity

Defendant No. 2
Name: M.T.C./Pennington
Job or Title (if known): Captain
Shield Number:
Employer: Warden Darrell Vonnoy
Address: 2999 U.S. HWY. 61 N. P.O. Box 1889
Woodville, MS 39669
[X] Individual capacity  [X] Official capacity

Defendant No. 3
  Name: M.T.C./Anthony
  Job or Title (if known): Chaplain
  Shield Number:
  Employer: Warden Darrell Vonnoy
  Address: 2999 U.S. HWY 61 N. P.O. Box 1889
  City: Woodville   State: MS   Zip Code: 39669
  [✓] Individual capacity   [✗] Official capacity

Defendant No. 4
  Name: M.T.C./Darrel Vonnoy
  Job or Title (if known): Warden
  Shield Number:
  Employer: Director Ron King
  Address: 2999 U.S. HWY 61 N. P.O. Box 1889
  City: Woodville   State: MS   Zip Code: 39669
  [✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I claim that my 1st Amendment of the United States Constitution which clearly states "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof, or abridging the freedom of speech, expression, or of the press, or the right of the people peaceably to assemble and to petition the Government for a redress of grievances."

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?  N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

This 1st Amendment violation took place in Wilkinson County Correctional Facility/Management And Training Corporation and this claim arose on 4-3-22, The Begining of the "Month of Ramadan". The Islamic Holy Month of fasting and praying for all the believers in ALLAH.

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

The date was 4-3-22 at approximately 8:30pm. Captain Jenkins did come around with the Ramadan list and trays

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The first day the Ramadan List came out, Officer Matthew came in Poppa-Pod/cell #201 and asked me to state my name and then showed me the list because it had me listed under Poppa-Pod but had not put the correct name, which is Raymondo Leonlove Williams Jr #106052 and not Raymondo Love #106052, Poppa-Pod. So I didn't get to eat at the perscribe time, which is fasting and praying, sun up to sun down. And most of the other days since I was recieving my daily portion of a hot meal, sometimes I have to save my lunch tray til night and by that time it's ice cold and besides that I was

V. Injuries able and/or allowed to perform the obligated washing of body parts (Gushi) the whole body. I was left to perform these obligations to my soverin God to the best of my ability and denie the same rights as other Believers.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

These claims caused mental (pain), emotionally (pain) and spiritually (pain) injuries to my way of thinking, praticing and being ~~~~~ of future pecuniary losses, suffering inconvience, ~~~ mental angush and other nopecuniary losses to my way/walk of life of my beliefs that I live for, stand for, and will die for.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For interfering, meddling in, and showing of discrimintatory practices and action against me and my faith, which could possible choose my fate here in this life and the life after. These acts also violated my freedom of life, choices (free will) and my rights and freedom of/to expression myself, my beliefs, princples and morals to and for the Almighty "Lord of Lords". Peacefully I'm suing Management and Training Corporation for a sum of $5,555 for the burdens and stress, complications, Fear of ALLAH, feeling of hurt, shame and defeat and humilation of my humane abilites, preferance and orientation of my inter-self and intellection of my tution. (Mind) All these examples and/or demostrations are actual damages to my belief and faith and having to suffer these said suffering and pain clearly because of carelessness and reckless behavior and actions as a law abide by U.S. citizen, which has also breached the duties placed under oath, which clearly shows a lack of good faith in M.T.C. Management of M.D.O.C. inmates/convicts in there custody. Note! This was a 30 day obligation and observation which comes around only one month every year

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Wilkinson County Correctional Faucility/Management And Training Corporation.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? I have filed an Adminstrative Remedy Program (Process) on the violation of my 1st Amendment of The United States Constitution of my freedom of Religion and the freedom of speech and expression thereof.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes    N/A

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? At Wilkinson County Correctional Facility/ Management And Training Corparation in Poppa-Pod/cell #201.

2. What did you claim in your grievance? I claimed that my 1st Amendment of the United States Constitution rights to excersise my freedom of Religion and the expression of it.

3. What was the result, if any? Since I have many A.R.P.'s already been accepted and in process of being processed, I was giving a choice to dismiss all other A.R.P.'s to get this said incident looked on and processed, which I want to because this issue was a now issue and did need relief within the 30 day observation and obligation but since I already had/have a civil action proceeding pro se, I've got to keep all those A.R.P.'s to show a proof of A.R.P./Grievence exhaustion. So, I wouldn't do it.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) No the grievance/A.R.P. process is not completed for said reason that I just clearly stated in the question E-3 before and above this next question.

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   _N/A_

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _N/A_

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _N/A_

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_N/A_

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _N/A_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?

   ☐ Yes   N/A
   ☐ No

   If no, give the approximate date of disposition.   _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  yes

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) Raymondo Leon love Williams Jr. #106052

    Defendant(s) Management And Training Corporation, Scott Middlebrooks, William DeRevere, Tracey Arbuthnot, Matthew Schettmer, Darrell Vonnoy, Burl Cain, Gary Young and John Hunt

2. Court *(if federal court, name the district; if state court, name the county and State)*

    United States District Court (Southern) Western Division.

3. Docket or index number

    5:21-CV-99-DCB-RHWR

4. Name of Judge assigned to your case

    Magistrate Judge, Robert H. Walker (Retired)

5. Approximate date of filing lawsuit

    (Unknown)

6. Is the case still pending?

    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* T.B.C.

    To.Be.Continued...

IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-5-22

Signature of Plaintiff: Raymond L. Williams Jr. #106052
Printed Name of Plaintiff: Raymond Leon love Williams Jr. #106052
Prison Identification #: #106052
Prison Address: ~~W.C.C.F. X-Ray PodCell#10 1099 US HWY. 61 N P.O. Box 1079 Woodville, MS 39669~~
(M.S.P.) UNIT-29-L-Bldg./A zone/cell#10 P.O. Box 888 Parchman, MS 38738

B.  For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____